## IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

**JESSICA LONG, as Personal**
**Representative of the Estate**                    **CASE NO.:**
**of MAURICIO BLANCO,**
        **Plaintiff,**                    **DIVISION:**

**vs.**

**CHAD CHRONISTER, in his**
**official capacity as Sheriff**
**of Hillsborough County, Florida**
        **Defendant.**

_____/

### DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, Defendant, CHAD CHRONISTER, in his official capacity as Sheriff of Hillsborough County, Florida, ("Defendant"), by and through the undersigned counsel, pursuant to 28 U.S.C. § 1441 and Local Rule 4.02, hereby files this *Notice of Removal* for the above-styled action to the United States District Court for the Middle District of Florida from the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, where the action is now pending, as provided by Title 28, U.S. Code, Chapter 89 and states as follows:

1. The above-entitled action was commenced on the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County and is now pending in that court. Process of the original Complaint was served on Defendant on January 13, 2021; on February 2, 2021, Defendant filed a Motion to Dismiss; on October 4, 2021, Plaintiff filed an Amended Complaint; on October 21, 2021, Defendant filed another Motion to Dismiss, which was granted on May 31, 2022; and Plaintiff filed a Second Amended Compliant May 31, 2022.

2. There are no defendants to this action except Defendant.[1]

3. This action was commenced against Defendant in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County by Plaintiff, and is of a civil nature – violation of Civil Rights. The United States District Court for the Middle District of Florida has jurisdiction by reason of 28 U.S.C.A. § 1331 in that the action arises under the Constitution and laws of the United States that, as it appears from the Complaint, Plaintiff bases his claim for relief against Defendant by virtue of and under the federal statutes and acts of Congress.

4. Defendant further allege that the action was commenced by filing of the Second Amended Complaint on May 31, 2022 and service of process on Defendant on May 31, 2022, and that the time has not elapsed to file this notice of removal of action to this court.

5. A copy of all process, pleadings and orders served upon Defendant is filed with this notice (See Exhibit A).

6. Defendant will give written notice of the filing of this notice as required by 28 U.S.C.A.§ 1446(d).

7. A copy of this notice will be filed with the Clerk of the Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County.

WHEREFORE, Defendant request this action proceed in this court as an action properly removed to it.

---

[1] SHERIFF CHAD CHRONISTER, IN HIS OFFICIAL CAPACITY, AS SHERIFF OF HILLSBOROUGH COUNTY, FLORIDA is the only served defendant.

Respectfully Submitted this 14th day of June, 2022.

MARC S. MAKHOLM, TRIAL COUNSEL
Florida Bar No. 94854
Hillsborough County Sheriff's Office
2008 East 8th Avenue
Post Office Box 3371
Tampa, Florida  33601
Phone:  (813) 247-8133
Fax: (813) 242-1817
Email: mmakholm@teamhcso.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant's Notice of Removal has been furnished by Electronic Mail to EDWIN FERGUSON, ESQUIRE, at eferguson@thefergusonfirm.net and contact@thefergusonfirm.net, *Attorney for Plaintiff,* on this the 14th day of June, 2022.

MARC S. MAKHOLM, TRIAL COUNSEL